**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No. 14-CR-00368-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

vs.

**1. ABEL M. SOTO,**

**Defendant.**

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Defense counsel has requested the Status Conference in this matter set for October 15, 2014 at 9:00 a.m. be vacated and re-set for October 17, 2014 when he is in Durango on another matter, and the Government having no objection;

**IT IS HEREBY ORDERED** that the Status Conference in this matter is re-set for October 17, 2014 at 2:30 p.m. before the Magistrate Judge in Durango, Colorado.

**DATED: October 6, 2014.**

                                          **BY THE COURT:**

                                          **s/David L. West**
                                          **United States Magistrate Judge**